**Willie GRIFFIN, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27182.**

Court of Criminal Appeals of Texas.

Nov. 17, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

524

WOODLEY, Judge.

The conviction is for the unlawful possession of whisky in a container to which no tax stamp was affixed. The jury assessed the punishment at six months in jail and a fine of $500.

Appellant gave notice of appeal and filed an appeal bond on April 8, 1954, when his motion for new trial was overruled. This was two days before the adjournment of the term of court at which he was convicted.

Appellant being at large upon appeal bond made during the term, this court is without jurisdiction to enter any order other than to dismiss the appeal. See Art. 830, Vernon's Ann.C.C.P.; Duncan v. State, Tex.Cr.App., 246 S.W.2d 877, and cases there cited.

The appeal is dismissed.